# Court of Appeals
# of the State of Georgia

ATLANTA,  April 16, 2018

*The Court of Appeals hereby passes the following order:*

## A18A0510.  PARADIS v. BLANCHARD.

This appeal is hereby dismissed as improvidently granted.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  04/16/2018*
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*